Antonio LESLIE

v.

Nina LESLIE

2130048

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed

Deanna RHYNE

v.

William RHYNE, Jr.

2130224

Court of Civil Appeals of Alabama.

03/27/2015

Affirmed

BEVERLYE MAGNET MIDDLE SCH.
PARENT TEACHER ORG.

v.

TADLOCK & ASSOCS., LLC

2130237

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

Kelly Johnson BARNETT

v.

Jane Johnson MASHBURN
and Neal Johnson

2130239

Court of Civil Appeals of Alabama.

01/30/2015

Reh. denied

M.B.

v.

TALLADEGA CTY. DEP'T
OF HUMAN RES.

2130280

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed